FILED

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0414

**IN THE MATTER OF N.Z.B. and T.K.B.,**

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant mother's motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellant mother is granted an extension of time to and including January 3, 2024, within which to prepare, file, and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 27 2023